# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Linda Burfield, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 5:20-cv-00695-HNJ |
| Sunrise Credit Services, Inc., a New York corporation, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated: June 15, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2020, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on June 15, 2020.

Benjamin Carroccio
Senior Vice-President/General Counsel
Sunrise Family of Companies
260 Airport Plaza Boulevard
Farmingdale, New York 11735

Ronald C. Sykstus                                              rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
    & Ezzell, P.C.
225 Pratt Avenue NE
Huntsville, Alabama 35801


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com