UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LINDA BURFIELD, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 5:20-cv-00695-HNJ |
| SUNRISE CREDIT SERVICES, INC., | ) |
| Defendant. | ) |

## DISMISSAL ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 11), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, without costs to either party.

**DONE** and **ORDERED** this 16th day of June, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE